William Safford, CA Bar #286948
P.O. Box 211
Palo Alto, California 94302
Ph: (650) 308-5575
Fx: (650) 600-3727
william@saffordlegal.com

*Counsel for Defendant Dean Tuan Trinh*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> **Plaintiff,** <br> v. <br> **DEAN TUAN TRINH**, <br> **Defendant.** | Case No.: **4:13-70642-MAG** <br><br> [ ~~*PROPOSED*~~ ] **ORDER CONTINUING STATUS HEARING** |

**ORDER CONTINUE STATUS HEARING**

For good cause shown, IT IS HEREBY ORDERED that the following status hearing now set for June 25, 2013, at 9:30 a.m., before Magistrate Judge Ryu, is vacated, and a new hearing set for July 11, 2013, at 9:30 a.m., before Magistrate Judge Westmore. By stipulation, time is waived under the Speedy Trial Act through July 11, 2013.

SO ORDERED this __24__ day of June, 2013.

By: _/s/ Donna_____
    Magistrate Judge Donna M. Ryu